BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JODIE A. SCHWAB (SBN 223131)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-1145
 Fax: (916) 324-5205

Attorneys for Defendants Clayton, Reuter,
Glensor, Phillips, Gentry, Ayers, Shepherd,
Kelsch, Grannis, Coombs, and Ramirez
48149286-SA2005300304

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NORMAN TIMOTHY GREGORY,<br><br>Plaintiff,<br><br>v.<br><br>T. AYERS, et al.,<br><br>Defendants. | CASE NO. CIV S-04-2523 DFL PAN P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that, from the date this order is served, Defendants have 30 days, up to and including August 16, 2005, to file their response to Plaintiff's complaint.

Dated:  July 19, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge