BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JODIE A. SCHWAB, State Bar No. 223131
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-1145
 Fax: (916) 324-5205

Attorneys for Defendants Runnels, Clayton, Reuter, Glensor, Phillips, Gentry, Ayers, Shepherd, Kelsch, Grannis, Coombs, and Ramirez
SA2005300304

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NORMAN TIMOTHY GREGORY,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**T. AYERS, et al.,**<br><br>                              Defendants. | CASE NO. CIV S-04-2523 DFL PAN P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

   Defendants' second request for an extension of time to file a motion for summary judgment was considered by the Court.  Defendants' request is granted.

   IT IS HEREBY ORDERED good cause appearing, that Defendants shall have until August 29, 2005, to file a responsive pleading.

   Dated:  August 16, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge