IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

     Plaintiff,                        No. CIV S-04-2523 RRB EFB P

     vs.

T. AYERS, et al.,

     Defendants.                ORDER

                                /

     Plaintiff is a state prisoner prosecuting this civil rights action without counsel. On November 19, 2007, defendants filed a notice of settlement and request to vacate the trial date. Good cause appearing, the January 7, 2008, trial date is vacated. Defendants shall file a stipulation of dismissal with prejudice upon payment to plaintiff of the agreed-upon settlement within 60 days of the date this order is served.

     IT IS SO ORDERED.

Dated: November 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE